**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Danny Michael WILKES,
Defendant–Appellant.**

**No. 12–13605
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 21, 2013.

Ramona Albin, Michael B. Billingsley, Mary Stuart Burrell, Jenny Lynn Smith, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

---

James Brice Callaway, J. Brice Callaway, Huntsville, AL, for Defendant–Appellant.

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

J. Brice Callaway, appointed counsel for Danny Wilkes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wilkes's conviction and sentence are **AFFIRMED.**